IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11CV109-RLV

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LAKE HOUSE TAVERN, LLC d/b/a WHITE OWL )<br>TAVERN, and RICHARD E. LOWE, JR., and )<br>SANDY LOWE, each individually, )<br>)<br>Defendants. ) | **ORDER AND JUDGMENT** |

**THIS MATTER** came to be heard and was heard by the undersigned upon Plaintiffs Motion for Default Judgment against Defendants Lake House Tavern, LLC d/b/a White Owl Tavern, and Richard E. Lowe, Jr. individually. Having reviewed Plaintiffs' motion and supporting memorandum, and pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED AND ADJUDGED THAT:**

(a) Plaintiffs' Motion for Default Judgment against Defendants Lake House Tavern, LLC d/b/a White Owl Tavern, and Richard E. Lowe, Jr. individually is granted, this Court finding that Defendants knowingly and intentionally and willfully infringed upon the copyrights of three (3) musical compositions owned and/or licensed by Plaintiffs.

(b) Plaintiffs shall recover from Defendants Lake House Tavern, LLC d/b/a White Owl Tavern, and Richard E. Lowe, Jr. individually, jointly and severally, statutory damages in the amount of $5,000 for each of the three (3) musical compositions, for a total of **$15,000,** pursuant to 17 U.S.C. Section 504(c)(1).

(c) Plaintiffs shall recover from Defendants Lake House Tavern, LLC d/b/a White Owl Tavern, and Richard E. Lowe, Jr. individually, jointly and severally, full costs in this

action, including reasonable attorneys' fees, in the amount of **$10,322.00** pursuant to 17 U.S.C. Section 505.

(d) Plaintiffs shall recover from Defendants Lake House Tavern, LLC d/b/a White Owl Tavern, and Richard E. Lowe, Jr. individually, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

(e) Defendants Lake House Tavern, LLC d/b/a White Owl Tavern, and Richard E. Lowe, Jr. individually, and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

(f) This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

**IT IS SO ORDERED.**

Signed: January 10, 2012

Richard L. Voorhees
United States District Judge