# United States District Court
# For The Western District of North Carolina
# Statesville Division

BROADCAST MUSIC, INC., ET AL,

    Plaintiff(s),

vs.

LAKE HOUSE TAVERN, LLC,
d/b/a WHITE OWL TAVERN, ET AL

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:11CV109

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 27, 2012 Order.

Signed: January 27, 2012

Frank G. Johns, Clerk
United States District Court